# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| KEITH J. LEWIS AND KEVIN J. LEWIS, CO-EXECUTORS OF THE ESTATE OF ELIZABETH J. DAGUE, | : No. 19 WAL 2014<br>:<br>:<br>: Petition for Allowance of Appeal from the |
| Petitioners | : Order of the Superior Court<br>:<br>: |
| v. | :<br>:<br>: |
| TOWNSHIP OF SHALER, A MUNICIPAL CORPORATION, | :<br>:<br>: |
| Respondent | : |

## ORDER

**PER CURIAM**

   **AND NOW**, this 4th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.